■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [881 NYS2d 360]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON V., Appellant. [881 NYS2d 360]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE DAVIS, Appellant. [881 NYS2d 360]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra and Fahey, JJ.

■ JAMES A. DIETZ, Appellant, v COMPASS PROPERTY MANAGEMENT CORPORATION et al., Respondents. [881 NYS2d 359]—Motion for clarification denied. Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

■ KIMBERLY HOFMANN, Respondent-Appellant, et al., Plaintiff, v TOWN OF ASHFORD et al., Appellants, et al., Defendants. STATE FARM MUTUAL AUTOMOBILE INS. Co., as Subrogee of GEORGE K. HOFMANN, Respondent, v TOWN OF ASHFORD et al., Appellants. [881 NYS2d 359]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.

■ In the Matter of ARNOLD KAHN, Individually and as President of Park Lane Condominium, Appellant, v PLANNING BOARD OF CITY OF BUFFALO et al., Respondents. [881 NYS2d 360]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ LEONARD M. ENGLERT et al., Respondents, v GERALD W. SCHAFFER, JR., Esq., et al., Individually and Doing Business as THE BARNES FIRM, as Successors in Interest to CELLINO & BARNES, et al., Appellants. [881 NYS2d 360]—Motion for reargument denied. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.